**MARY HOTARD BECNEL**
**AND BRADLEY D. BECNEL**                          \*          NO. 2025-CA-0522

                                                   \*          COURT OF APPEAL

**VERSUS**
                                                   \*          FOURTH CIRCUIT

**JENNIFER SALAS, WIFE**
**OF/AND CAMILO SALAS**                            \*          STATE OF LOUISIANA

                                                   \*

                                                   \*
\* \* \* \* \* \* \*


DNA          **ATKINS, J., CONCURS IN THE RESULT.**